PEOPLE, Respondent, v. SUMMERFIELD, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Proceedings by the people of the state of New York against Lawrence Summerfield. M. D. Steuer, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. TODD, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Proceedings by the people of the state of New York against William E. Todd. J. H. Heinzelman, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. TRZASALSKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Proceedings by the people of the state of New York against George Trzasalski.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., dissents.

PEOPLE ex rel. BLAIR v. TULLY, Com'r. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Proceedings by the people of the state of New York, on the relation of George Blair, against James H. Tully, commissioner. L. Brouner, for relator. J. F. O'Brien, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. BROOKLYN ALCATRAZ ASPHALT CO., Respondent, v. LITTLETON et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Proceedings by the people of the state of New York, on the relation of the Brooklyn Alcatraz Asphalt Company, against Martin W. Littleton, as president of the borough of Brooklyn of the city of New York, and others. No opinion. Appeal withdrawn.

PEOPLE ex rel. BUCHANAN v. CANTINE, Public Safety Com'r. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Proceedings by the people of the state of New York, on the relation of Peter Buchanan, against Edward B. Cantine, as commissioner of public safety of the city of Albany. No opinion. Writ dismissed, with $10 costs and disbursements.

PEOPLE ex rel. COLEMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Proceedings by the people of the state of New York, on the relation of Daniel S. Coleman, against the city of New York. L. O. Van Doren, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COSSEY, Appellant, v. GROUT, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Application by the people of the state of New York, on relation of Harry Cossey, against Edward M. Grout, as comptroller, for mandamus. From an order denying the writ, the applicant appeals. Affirmed. L. L. Kellogg, for appellant. T. Farley, for respondent.

VAN BRUNT, P. J. We are of the opinion that the appellant should proceed in the ordinary way by action in order to recover the moneys claimed in this proceeding. In that way the facts can be clearly presented to the court, and the questions involved can be disposed of without resorting to inferences. Without expressing any opinion upon the questions of law involved, and without either affirming or disaffirming the view taken by the court below, we think the order appealed from should be affirmed, with costs.

O'BRIEN, McLAUGHLIN, and LAUGHLIN, JJ., concur. HATCH, J., dissents.

PEOPLE ex rel. DULFER v. GREENE, Police Com'r, et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Proceedings by the people of the state of New York, on the relation of Theodore A. H. Dulfer, against Francis V. Greene, as police commissioner of the city of New York, and another.

PER CURIAM. Determination annulled, on argument, with costs.

HIRSCHBERG, C. J., not voting.

PEOPLE ex rel. EASTMOND v. OAKLEY, Water Supply Com'r, et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Proceedings by the people of the state of New York, on the relation of John Edward Eastmond, against John T. Oakley, as commissioner of water supply, etc., and another. No opinion. Motion for reargument denied, with $10 costs.

PEOPLE ex rel. GARVEY v. PARTRIDGE, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Proceedings by the people of the state of New York, on the relation of Daniel S. Garvey, against John N. Partridge, police commissioner, etc.

PER CURIAM. Determination annulled, with costs, on the authority of People ex rel. Hoffman v. Partridge (decided by this court April 15, 1904) 87 N. Y. Supp. 680.